UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**Paulcin v. Wexford, et al., Case No. 2:17-cv-232-FtM-38MRM**

**RETURN OF SERVICE**
(Return to Clerk of Court)

I.  I hereby acknowledge that service of process **was executed** by serving Defendant ___James Licata___ by giving him/her a true copy of the documents listed in the order directing service of process.

   DATE SERVED: __03-15-19__
   BY: _____
          (Special Appointee)

II. I hereby acknowledge that service of process **cannot be executed** upon the Defendant for the following reason(s):

   _____
   _____

   DATE OF ATTEMPTED SERVICE: _____
   BY: _____
          (Special Appointee)

III. I have checked our institution's records and have ___ have not___ located a forwarding address for Defendant _____. Forwarding Address (if located):_____
   _____

Certified by: _____
                   (Special Appointee)

2019 MAR 25 PM 1:37  FILED