UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**Paulcin v. Wexford, et al., Case No. 2:17-cv-232-FtM-38MRM**

**RETURN OF SERVICE**
(Return to Clerk of Court)

I. I hereby acknowledge that service of process **was executed** by serving Defendant Officer Jerry Bussell by giving him/her a true copy of the documents listed in the order directing service of process.

DATE SERVED: 3-18-19
BY: _____
(Special Appointee)

II. I hereby acknowledge that service of process **cannot be executed** upon the Defendant for the following reason(s):

_____
_____

DATE OF ATTEMPTED SERVICE: _____
BY: _____
(Special Appointee)

III. I have checked our institution's records and have ___ have not___ located a forwarding address for Defendant _____. Forwarding Address (if located):_____
_____

Certified by: _____
(Special Appointee)

FILED 2019 MAR 25 PM 1:37