UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**Paulcin v. Wexford, et al., Case No. 2:17-cv-232-FtM-38MRM**

**RETURN OF SERVICE**
(Return to Clerk of Court)

I.     I hereby acknowledge that service of process **was executed** by serving Defendant _John Wills_ by giving him/her a true copy of the documents listed in the order directing service of process.

DATE SERVED: March 25, 2019
BY: Robyn Bevis   R. Bevis
(Special Appointee)

II.     I hereby acknowledge that service of process **cannot be executed** upon the Defendant for the following reason(s):

_____

_____

DATE OF ATTEMPTED SERVICE: _____
BY: _____
(Special Appointee)

III.     I have checked our institution's records and have ___ have not___ located a forwarding address for Defendant _____.     Forwarding Address (if located):_____

_____

Certified by: R. Bevis
(Special Appointee)

FILED 2019 MAR 27 AM 11: 46