UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PROPHET PAULCIN,

      Plaintiff,

v.                                                               Case No:   2:17-cv-232-FtM-38MRM

WEXFORD HEALTH SOURCES,
INC., JOHN D. WILLIS, KARA R.
WILLIAMS, JAMES LICATA,
JONATHAN T. REID, J. BRUSSELL,
JELANI POLICARD, STEPHEN J.
MATTHEWSON, JR., KAREN
BLANKENSHIP, ANDRES OZUAL,
CAROLYN NIES, C. JOHNSON, and
JULIE JONES,

      Defendants.

## ORDER DIRECTING SERVICE OF PROCESS UPON DEFENDANTS BY WAIVER

Plaintiff is proceeding on his Third Amended Complaint (Doc. 31) and was granted leave to proceed *in forma pauperis* (Doc. 21).

Accordingly, it is hereby **ORDERED**:

1. Within **ten (10) days** of the date of this Order, the Clerk shall complete in camera service of process forms for Defendant Jelani Policard and Johnathan Reid and shall mail to the Defendants the following:   The Third Amended Complaint (Doc. 31); the Notice of Lawsuit and Request for Waiver of Service of Summons form; the Waiver of Service of Summons form; and, this Order.   The Clerk shall fill in the date of mailing in the Notice of Lawsuit and Request for Waiver of Service of Summons and send the Defendant a stamped, self-addressed envelope to return the Waiver of Service of Summons form to the Court.   All costs of mailing shall be

advanced by the United States.  The Clerk shall file a copy of the Notice of Lawsuit and Request for Waiver of Service of Summons form, so the docket reflects the date of mailing.

    2.    Each Defendant shall have **thirty (30) days** from the date that the Waiver of Service of Summons form was mailed to return it if he/she chooses to do so.  If a Defendant chooses to return the Waiver of Service of Summons, he/she should use the addressed, stamped envelope provided.

    3.    If a Defendant returns the Waiver of Service of Summons form, that Defendant shall have **sixty (60) days** from the date that the Waiver of Service of Summons form was mailed in which to answer or otherwise respond to the Third Amended Complaint.

    4.    If a Defendant does not return the Waiver of Service of Summons form within thirty (30) days from the date it was mailed, the U.S. Marshal, within **ten (10) days** thereafter, shall personally serve that Defendant at the address provided by the Clerk and the Court will enter an Order assessing that Defendant the costs of personal service as set forth in the Federal Rules of Civil Procedure.[1]  That Defendant thereafter shall have **twenty-one (21) days** from the date of personal service of process in which to answer or otherwise respond to the Third Amended Complaint.

---

[1] Rule 4 makes clear that a defendant "has a duty to avoid unnecessary expenses of serving the summons." Fed. R. Civ. P. 4(d)(1).  Further, if a defendant fails to waive service, without good cause, the Court "must impose" the expenses incurred in effectuating service.  *Id*. at 4(d)(2).

**DONE AND ORDERED** in Fort Myers, Florida on April 10, 2019.

MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

SA: FTMP-1
Copies:
Counsel of Record