UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:17-cv-232-FtM-38MRM

PROPHET PAULCIN,

    Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC., JOHN D. WILLIS, KARA R. WILLIAMS, JAMES LICATA, JONATHAN T. REID, J. BRUSSELL, JELANI POLICARD, STEPHEN J. MATTEWSON, JR., KAREN BLANKENSHIP, ANDRES OZUAL, CAROLYN NIES, C. JOHNSON, and JULIE JONES,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND
## DESIGNATION OF E-MAIL ADDRESSES

PLEASE TAKE NOTICE that the law firm of CHIMPOULIS & HUNTER, P.A., 150 South Pine Island Road, Suite 510, Plantation, FL 33324, files this Notice of Appearance as counsel for Defendant, **KAREN BLANKENSHIP (hereafter "KAREN BLANKENSHIP, ARNP")** and requests that copies of all future pleadings, discovery and any other documents filed in this case be directed to it to the attention of: **ALEXANDER DOMBROWSKY: adombrowsky@chimpoulishunter.com** and **M. KATHERINE HUNTER, ESQUIRE: khunter@chimpoulishunter.com.**

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was E-filed with the Clerk of Court through the CM/ECF system on **April 12, 2019**, and e-served by the Clerk of the Court to: James V. Cook, Esquire, **Attorney for Plaintiff, Inmate, Prophet Paulcin, DC # W11537**, Law Offices of James Cook, 314 West Jefferson Street, Tallahassee, FL 32301 (850-222-8080/ FAX # 850-561-0836); **cookjv@gmail.com**.

        CHIMPOULIS & HUNTER, P.A.
        Attorneys for Defendant,
        150 South Pine Island Road - Suite 510
        Plantation, FL  33324
        Phone: (954) 463-0033
        Fax: (954) 463-9562

        BY:  /s/ Alexander Dombrowsky
        ALEXANDER DOMBROWSKY, ESQUIRE
        Florida Bar No.:  186260
        Email - adombrowsky@chimpulishunter.com
        M. KATHERINE HUNTER, ESQUIRE
        Florida Bar No.:  981877
        Email - khunter@chimpoulishunter.com