UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.:  2:17-cv-232-FtM-38MRM

PROPHET PAULCIN,

        Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC.,
JOHN    D.    WILLIS,    KARA    R.
WILLIAMS,      JAMES      LICATA,
JONATHAN T. REID, J. BRUSSELL,
JELANI POLICARD, STEPHEN J.
MATTEWSON,        JR.,        KAREN
BLANKENSHIP,   ANDRES   OZUAL,
CAROLYN NIES, C. JOHNSON, and
JULIE JONES,

        Defendants.
_____/

## DEFENDANT'S, CAROLYN NIES ANSWER AND AFFIRMATIVE DEFENSES TO THE THIRD AMENDED COMPLAINT [DE 31]

Defendants, CAROLYN NIES file this her Answer and Affirmative Defenses to the Third Amended Complaint ("Complaint") [DE 31] as follows:

1.      Defendant, Carolyn Nies denies all allegations contained in the Complaint unless specifcially admitted herein, and demands strict proof of all denied allegations.

2.      Defendant, Carolyn Nies admits that jurisdiction and venue are appropriate as stated in paragraphs 1 and 5.

3.      Defendant, Carolyn Nies admits admits the allegations contained in paragraph 18 to the extent that she was a Registered Nurse at Charlotte Correctional Institute.

## First Affirmative Defense

Defendant, Carolyn Nies asserts that she acted reasonably and within the discretion of her position and course and scope of her employment and did not violate any clearly established statutory or constitutional right of the Plaintiff which a reasonable person would have known, and therefore, is entitled to qualified immunity from this cause of action.

## Second Affirmative Defense

This case involves allegations against various Codefendants of Carolyn Nies. In the event that any of these Codefendants settle their claims and/or are dismissed from the case prior to trial, or for any other reason become nonparties, Defendant, Carolyn Nies reserves her right to amend her Affirmative Defenses to include the then nonparties on the Verdict Form for apportionment of liability, if consistent with the evidence.

## Third Affirmative Defense

The allegations in the Third Amended Complaint sound in medical malpractice, which is not an appropriate basis for a prisoner civil rights claim.

## Fourth Affirmative Defense

If any injury or damage was sustained by Plaintiff, some or all of it was based upon a pre-existing condition which is not the responsibility of Defendant, Carolyn Nies and the Plaintiff is not entitled to any recovery based upon any injuries or damages sustained as a result of that condition.

## Fifth Affirmative Defense

If any injury or damage was sustained by Plaintiff, some or all of it was due in whole or in part to his own actions.

## **Sixth Affirmative Defense**

If any injury or damage was sustained by Plaintiff, it was due in whole or in part to the actions of third parties not under the control of Defendant, Carolyn Nies and her liability, if any, should be reduced in proportion to the actions of those third parties.

## **JURY DEMAND**

The Defendant, Carolyn Nies demands a trial by jury on all issues so triable.

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was E-filed with the Clerk of Court through the CM/ECF system on **June 4, 2019**, and e-served by the Clerk of the Court to: James V. Cook, Esquire, **Attorney for Plaintiff, Inmate, Prophet Paulcin, DC # W11537**, Law Offices of James Cook, 314 West Jefferson Street, Tallahassee, FL 32301 (850-222-8080/ FAX # 850-561-0836); cookjv@gmail.com.

CHIMPOULIS & HUNTER, P.A.
Attorneys for Defs/WEXFORD HEALTH SOURCES, INC./ ANDRES OZUAL/ KAREN BLANKENSHIP/ CAROLYN NIES
150 South Pine Island Road - Suite 510
Plantation, FL 33324
Phone: (954) 463-0033 / FAX: (954) 463-9562


BY:   /s/ Alexander Dombrowsky
Email –adombrowsky@chimpoulishunter.com
ALEXANDER  DOMBROWSKY, ESQ.
Florida Bar No.:  186260

Email [khunter@chimpoulishunter.com](mailto:khunter@chimpoulishunter.com)
M. KATHERINE HUNTER, ESQUIRE
Florida Bar No.:  981877