UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.:  2:17-cv-232-FtM-38MRM

PROPHET PAULCIN,

      Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC., JOHN D. WILLIS, KARA R. WILLIAMS, JAMES LICATA, JONATHAN T. REID, J. BRUSSELL, JELANI POLICARD, STEPHEN J. MATTEWSON, JR., KAREN BLANKENSHIP, ANDRES OZUAL, CAROLYN NIES, C. JOHNSON, and JULIE JONES,

      Defendants.
_____/

**DEFENDANT'S, CAROLYN NIES,
NOTICE OF COMPLIANCE WITH COURT ORDER [DE 69]**

COMES NOW, Defendant, CAROLYN NIES, by and through the undersigned counsel, pursuant to the Court's Order [DE 69] and files this her Notice of Compliance that today she has forwarded a check to the U.S. Marshal in the amount of $71.80 which represents the costs of personal service [DE 73].

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was E-filed with the Clerk of Court through the CM/ECF system on **July 25, 2019**, and e-served by the Clerk of the Court to: James V. Cook, Esquire, **Attorney for Plaintiff, Inmate, Prophet**

**Paulcin, DC # W11537**, Law Offices of James Cook, 314 West Jefferson Street, Tallahassee, FL 32301 (850-222-8080/ FAX # 850-561-0836); cookjv@gmail.com.

CHIMPOULIS & HUNTER, P.A.
Attorneys for Defs/WEXFORD HEALTH SOURCES, INC./ ANDRES OZUAL/ KAREN BLANKENSHIP/ CAROLYN NIES
150 South Pine Island Road - Suite 510
Plantation, FL  33324
Phone: (954) 463-0033 / FAX:  (954) 463-9562


BY:   /s/ Alexander Dombrowsky
Email –adombrowsky@chimpoulishunter.com
ALEXANDER   DOMBROWSKY, ESQ.
Florida Bar No.:  186260
Email khunter@chimpoulishunter.com
M. KATHERINE HUNTER, ESQUIRE
Florida Bar No.:  981877

k:\21-5903\pleadings\n-compliance us marshall payment.docx