UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PROPHET PAULCIN,

    Plaintiff,

vs.                                      CASE NO.: 2:17-cv-232-SPC-MRM

JULIE JONES, as Secretary of Department of
Corrections, WEXFORD HEALTH SOURCES, INC.,
JOHN D. WILLIS, KARA WILLIAMS, JAMES LICATA,
JONATHAN REID, J. BRUSSELL,
JELANI POLICARD, STEPHEN MATHEWSON,
KAREN BLANKENSHIP, ANDRES OZUAL,
CAROLYN NIES, and C. JOHNSON,

    Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

Defendants, JULIE JONES, as secretary of Department of Corrections, STEPHEN MATHEWSON, KARA WILLIAMS, JONATHAN REID, JOHN WILLIS, JERRY BRUSSEL and JAMES LICCATA (collectively "DOC Defendants"), by and through their undersigned counsel, file this their Notice of Pendency of Other Actions as follows:

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

\_\_X\_\_\_ IS NOT      related to any pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

James V. Cook, Esq.
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
cookjv@gmail.com
**Counsel for Plaintiff**

Alexander Dombrowsky, Esq.
M. Katherine Hunter, Esq.
Chimpoulis & Hunter, P.A.
150 South Pine Island Road
Suite 510
Plantation, Florida 33324
adombrowsky@chimpoulishunter.com
khunter@chimpoulishunter.com
**Counsel for Wexford Health Sources, Andres Ozual and Karen Blankenship**

    VERNIS & BOWLING of Southwest Florida
    Attorneys for Fla. Department of Corrections
    2369 West First Street
    Fort Myers, FL 33901
    Office: (239) 334-3035
    Facsimile: (239) 334-7702
    **Email Designations:**
    WKratochvil@florida-law.com
    YGonzalez@florida-law.com
    FMFiling@florida-law.com

    By: ___*/s/ William O. Kratochvil*_____
        William O. Kratochvil
        Florida Bar No. 343640