UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PROPHET PAULCIN,

    Plaintiff,

v.                                                           Case No.:  2:17-cv-232-FtM-38MRM

WEXFORD HEALTH SOURCES, INC.,
JOHN D. WILLIS, KARA R. WILLIAMS,
JAMES LICATA, JONATHAN T. REID, J.
BRUSSELL, JELANI POLICARD,
STEPHEN J. MATTHEWSON, JR. ,
KAREN BLANKENSHIP, ANDRES
OZUAL, CAROLYN NIES, C. JOHNSON
and JULIE JONES,

    Defendants.
_____/

## ORDER

This cause comes on for consideration of Plaintiff's Partly Agreed Motion for a One-Week Extension on Expert Reports as to All Parties, filed March 27, 2020. (Doc. 107). Plaintiff seeks to extend the deadline for expert reports originally set for March 27 in the Case Management and Scheduling Order. (*Id*. at 1). Due to the current health crisis, Plaintiff proposes a one-week extension to disclose expert reports so that Plaintiff's expert report would be due April 3, 2020 and Defendants' report would be due on April 17, 2020. (*Id*. at 2). The Motion is unopposed. (*Id*. at 3; Doc. 108).

Accordingly, it is now **ORDERED**:

1. Plaintiff's Partly Agreed Motion for a One-Week Extension on Expert Reports as to All Parties (Doc. 107) is **GRANTED**.

2. The Case Management and Scheduling Order (Doc. 106) is amended to reflect the deadline for Plaintiff to disclose expert reports is April 3, 2020 and Defendants is April 17, 2020.

3. All other deadlines in the operative Case Management and Scheduling Order (Doc. 106) remain in effect.

**DONE AND ORDERED** in Fort Myers, Florida on March 31, 2020.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

SA: FTMP-1

Copies furnished to:
Counsel of Record
Unrepresented Parties