# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

| | |
|---|---|
| PROPHET PAULCIN,<br><br>    Plaintiff,<br><br>vs.<br><br>WEXFORD HEALTH SOURCES, et al.,<br><br>    Defendants. | Case No. 2:17-cv-232-SPC-MRM |

## NOTICE OF OBJECTION

NOTICE IS HEREBY GIVEN that the Undersigned Attorney OBJECTS to the Motion to Strike by Wexford (ECF 128) which was filed without an effort to confer with Plaintiff pursuant to Local Rule 3.01(g).

Respectfully Submitted,    */s/ James V. Cook*_____
JAMES V. COOK, ESQ.
Florida Bar Number 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

Attorney for Plaintiff

I CERTIFY the foregoing was filed electronically on 7/29/2020, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

    */s/James V. Cook*_____