UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

PROPHET PAULCIN,

    Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC.,

    Defendant.
_____/

Case No. 2:17-cv-232-SPC-MRM

## MEDIATION REPORT

A mediation of this matter was conducted on August 12, 2020 via Zoom videoconference with all parties represented by counsel, and resulted in an *impasse.*

Respectfully submitted this 13th day of August, 2020.

            /s/ Gary H. Larsen
            GARY H. LARSEN
            Mediator No. 11664R
            Florida Bar No. 266906
            401 N. Cattlemen Road, Suite 300
            Sarasota, Florida 34232
            941.366.4680 (phone) 941.953.3136
            (fax) *glarsen@dglawyers.com*

Copies provided to counsel of
record through the Court's
CM/ECF filing system