UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PROPHET PAULCIN,

    Plaintiff,

v.                                Case No. 2:17-cv-232-JLB-MRM

WEXFORD HEALTH SOURCES, INC.,
JOHN D. WILLIS, KARA R. WILLIAMS,
JAMES LICATA, JONATHAN T. REID, J.
BRUSSELL, JELANI POLICARD,
STEPHEN J. MATTHEWSON, JR.,
KAREN BLANKENSHIP, ANDRES
OZUAL, CAROLYN NIES, C. JOHNSON,
and JULIE JONES,

    Defendants.

## ORDER

This cause is before the Court for consideration of the following:

> The Motion for Summary Judgment filed by Defendant Wexford Health Source, Inc. (Doc. 132, filed July 29, 2020);

> The Motion for Summary Judgment filed by Defendants Karen Blankenship, Andres Ozual, and Carolyn Nies (Doc. 133, filed July 29, 2020); and

> The Motion for Summary Judgment filed by Plaintiff Prophet Paulcin (Doc. 137, filed July 30, 2021).

On March 19, 2021, the Court granted in part and denied in part Plaintiff Paulcin's Motion to Compel Better Answers to Discovery from the Florida Department of Corrections. (Doc. 164.) The Court also struck Plaintiff's Motion to Compel Better Answers to Discovery from Wexford Health Services because it did

not comply with a prior court order. (Id.) Defendant FDOC was provided ten days to provide better answers to Plaintiff's discovery requests, and Plaintiff was provided ten days to file an amended Motion to Compel Better Answers to Discovery from Wexford Health Services. (Id.) Should Plaintiff file an amended motion to compel, Defendant Wexford will have fourteen days to respond. Accordingly, unless it becomes necessary to further extend the deadlines, all discovery should be complete by **April 22, 2021.**

Because discovery is still ongoing in this case, no party has all the facts "essential to justify its opposition" to the pending motions for summary judgment. Fed. R. Civ. P. 56(d). Therefore, the Court will deny the parties' motions for summary judgment <u>without prejudice</u>, pending the close of discovery.

Accordingly, it is now **ORDERED**:

1. The Motion for Summary Judgment filed by Wexford Health Sources, Inc. (Doc. 132) is **DENIED** without prejudice.

2. The Motion for Summary Judgment filed by Karen Blankenship, Andreas Ozual, and Carolyn Nies (Doc. 133) is **DENIED** without prejudice.

3. The Motion for Summary Judgment filed by Prophet Paulcin (Doc. 137) is **DENIED** without prejudice.

4. The parties shall have through **June 14, 2020** to file new dispositive motions.

5. This case is **STAYED** pending the completion of discovery. (See Doc. 164.) The **Clerk** is directed to enter a **STAY FLAG** in the docket until **April 22, 2021**.

**DONE AND ORDERED** in Fort Myers, Florida on March 25, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

SA: FTMP-2
cc: Counsel of Record