UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.:  2:17-cv-232-JLB-MRM

PROPHET PAULCIN,

     Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC., JOHN D. WILLIS, KARA R. WILLIAMS, JAMES LICATA, JONATHAN T. REID, J. BRUSSELL, JELANI POLICARD, STEPHEN J. MATTEWSON, JR., KAREN BLANKENSHIP, ANDRES OZUAL, CAROLYN NIES, C. JOHNSON, and JULIE JONES,

     Defendants.
_____/

### WEXFORD DEFENDANTS' *UNOPPOSED* MOTION FOR LEAVE TO FILE A RESPONSE OF MORE THAN TWENTY PAGES

Defendants, WEXFORD HEALTH SOURCES, INC. ("Wexford") pursuant to Middle District Locarl Rule 3.01(b) move this Court for leave to file a Response of more than twenty pages and states as follows:

1. Wexford has filed a Response in Oppositition to Plaintiff's Second Amended Motion to Compel Better Answers [DE 167].

2. Plaintiff's Motion to Compel is twenty-five pages in length. [DE 167].

3. Wexford's Response in Oppostion is twenty-five pages in length, five

pages more than Middle District Local Rule 3.01(b) permits.

4. Wexford's Response in Opposition filing deadline is today, April 12, 2021. As such, Wexford is requesting this Motion be granted *nunc pro tunc* to today.

5. Plaintiff's counsel does not object to the Court granting Wexford leave to exceed the page limit by five pages.

WHEREFORE, the Wexford requests that this Court grant it leave of court to file its twenty-five page Response in Opposition to Plaintiff's Motion to Compel Better Answers in excess of the twenty page limit, *nunc pro tunc* to Aprl 12, 2021.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

The undersigned counsel certifies that he communicated with counsel for Plaintiff, today, who has no objection to the relief sought in this motion. Counsel for co-defendants, FDOC was not contacted as the relief sought has no effect upon his clients.

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was E-filed with the Clerk of Court through the CM/ECF system on **April 12, 2021**, and e-served by the Clerk of the Court.

CHIMPOULIS & HUNTER, P.A.

Attorneys for Defs/WEXFORD HEALTH SOURCES, INC./ ANDRES OZUAL/ KAREN BLANKENSHIP, and CAROLYN NIES
150 South Pine Island Road - Suite 510
Plantation, FL  33324
Phone: (954) 463-0033 / FAX:  (954) 463-9562


BY:   /s/ Alexander Dombrowsky
Email adombrowsky@chimpoulishunter.com
ALEXANDER   DOMBROWSKY, ESQ.
Florida Bar No.:  186260
Email khunter@chimpoulishunter.com
M. KATHERINE HUNTER, ESQUIRE
Florida Bar No.:  981877