# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

PROPHET PAULCIN,

    Plaintiff,

vs().

JULIE JONES as Secretary of DOC, et al.,

    Defendants.

Case No. 2:17-cv-232-SPC-MRM

**JOINT MOTION TO CANCEL THURSDAY, MAY 27, 2021 HEARING BASED ON COMPLETE RESOLUTION OF ALL ISSUES RAISED IN PLAINTIFF'S MOTION TO COMPEL AS TO THE WEXFORD AND DEPARTMENT OF CORRECTIONS DEFENDANTS**

COME NOW the Parties, PLAINTIFF, WEXFORD, FLORIDA DEPARTMENT OF CORRECTIONS and all Individual Defendants, through counsel, and move to cancel the Hearing on the Motion to Compel, having reached a full resolution of all issues as to both Wexford and FDC, and would show:

1. Plaintiff moved for an order to compel as to both Defendants in the instant case and the parties were able to come to a full and complete compromise resolution of all issues in the Motion to the satisfaction of all parties.

2. The Parties feel that judicial resources and law firm resources may be spared by a cancellation of the hearing set for Thursday, May 27, 2021, at 10 a.m.

WHEREFORE, the Parties Jointly move this Honorable Court for cancellation of the Motion to Compel hearing set for May 27, 2021.

1

Respectfully Submitted on May 24, 2021,

/s/Alexander Dombrowsky
ALEXANDER DOMBROWSKY, ESQ.
Florida Bar No. 186260
M. KATHERINE HUNTER, ESQ.
Florida Bar No. 981877
Chimpoulis & Hunter, P.A.
150 South Pine Island Road, Suite 510
Plantation, Florida 33324
adombrowsky@chimpoulishunter.com
khunter@chimpoulishunter.com
llake@chimpoulishunter.com

Counsel for Wexford Health Sources,
Andres Ozual and Karen Blankenship

/s/William O. Kratochvil
WILLIAM O. KRATOCHVIL, ESQ.
Florida Bar No. 343640
Vernis & Bowling of Southwest Florida
2369 West First Street
Fort Myers, FL 33901
Office: (239) 334-3035
Facsimile: (239) 334-7702
WKratochvil@florida-law.com
YGonzalez@florida-law.com
FMFiling@florida-law.com

Attorneys for Defendants, Mark Inch,
Jonathan Reid, John Willis, James Licata,
Jerry Brussell, Kara Williams and Stephen
Mathewson

/s/ James V. Cook
JAMES V. COOK, ESQ.
Florida Bar No. 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Tel. 850-222-8080
Fax: 850-561-0836
cookjv@gmail.com

Counsel for Plaintiff Paulcin