UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PROPHET PAULCIN,

    Plaintiff,

v.                                      Case No. 2:17-cv-232-JLB-MRM

WEXFORD HEALTH SOURCES, INC.,
JOHN D. WILLIS, KARA R.
WILLIAMS, JAMES LICATA, J
ONATHAN T. REID, J. BRUSSELL,
JELANI POLICARD, STEPHEN J.
MATTHEWSON, JR., KAREN
BLANKENSHIP, ANDRES OZUAL,
CAROLYN NIES, C. JOHNSON, and
JULIE JONES,

    Defendants.

## ORDER

On April 15, 2021, the Court scheduled a May 12, 2021 hearing on Plaintiff's Amended Motion to Compel Better Answers to Discovery (Doc. 167) and the filings at docket entries 168–176. (Doc. 179). The Court subsequently rescheduled the hearing to May 27, 2021. (Doc. 187). The parties have now filed a joint motion to cancel the May 27, 2021 hearing. (Doc. 187). The parties assert that they have "reached a full resolution of all issues as to both Wexford and FDC" and "feel that judicial resources and law firm resources will be spared by cancellation of the hearing." (*Id.* at 1–2). The Court construes the motion as notice that the parties

have resolved all outstanding discovery disputes, and as a result, no hearing is necessary.

Accordingly, it is now **ORDERED**:

1. The parties' joint motion to cancel the May 27, 2021 hearing (Doc. 187) is **GRANTED**.

2. The Clerk of Court is directed to **CANCEL** the previously noticed motion hearing on May 27, 2021.

3. Plaintiff's Second Motion to Compel Better Answers to Discovery (Doc. 167) is **DENIED as moot**.

**DONE AND ORDERED** in Fort Myers, Florida on May 25, 2021.

Mac R. McCoy
United States Magistrate Judge

SA: FTMP-2

Copies furnished to:
Counsel of Record
Unrepresented Parties