UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:17-cv-232-JLB-MRM

PROPHET PAULCIN,

    Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC., JOHN D. WILLIS, KARA R. WILLIAMS, JAMES LICATA, JONATHAN T. REID, J. BRUSSELL, JELANI POLICARD, STEPHEN J. MATTEWSON, JR., KAREN BLANKENSHIP, ANDRES OZUAL, CAROLYN NIES, C. JOHNSON, and JULIE JONES,

    Defendants.
_____/

**SUPPLEMENT TO WEXFORD DEFENDANTS' *UNOPPOSED* MOTION FOR SUBSTITUTION OF COUNSEL [DE 206]**

COMES NOW the Defendants, WEXFORD HEALTH SOURCES, INC. ANDRES OZUAL, KAREN BLANKENSHIP, and CAROLYN NIES (collectively, "Wexford Defendants") by and through the undersigned counsel, and files this its Supplement to Wexford Defendants' *Unopposed* Motion for Substitution of Counsel [DE 206] originally filed on July 28, 2021 and states as follows:

    1.    The undersigned counsel, Alexander Dombrowsky has received Defendant's, ANDRES OZUAL verbal consent for substitution of counsel. He is

awaiting the written consent. As such all Wexford Defendants have provided consent for the substitution of counsel.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was E-filed with the Clerk of Court through the CM/ECF system on **July 30, 2021**, and e-served by the Clerk of the Court to: James V. Cook, Esquire, **Attorney for Plaintiff, Inmate, Prophet Paulcin, DC # W11537**, Law Offices of James Cook, 314 West Jefferson Street, Tallahassee, FL 32301 (850-222-8080/ FAX # 850-561-0836); cookjv@gmail.com. William Kratochvil, **Attorney for Julie Jones, Jonathan Reid, John Willis, James Licata, Jerry Brussel, Kara Williams, and Stephen Mathewson,** Vernis & Bowling of Southwest Florida, 2369 West First Street, Fort Myers, FL 33901.

CHIMPOULIS & HUNTER, P.A.
Attorneys for Defs/WEXFORD HEALTH SOURCES, INC./ ANDRES OZUAL/ KAREN BLANKENSHIP, and CAROLYN NIES
150 South Pine Island Road - Suite 510
Plantation, FL 33324
Phone: (954) 463-0033 / FAX: (954) 463-9562

BY: /s/ Alexander Dombrowsky
Email adombrowsky@chimpoulishunter.com
ALEXANDER DOMBROWSKY, ESQ.
Florida Bar No.: 186260
Email khunter@chimpoulishunter.com
M. KATHERINE HUNTER, ESQUIRE
Florida Bar No.: 981877