UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PROPHET PAULCIN,

    Plaintiff,

v.                                             Case No. 2:17-cv-232-JLB-MRM

WEXFORD HEALTH SOURCES, INC.,
JOHN D. WILLIS, KARA R.
WILLIAMS, JAMES LICATA,
JONATHAN T. REID, J. BRUSSELL,
JELANI POLICARD, STEPHEN J.
MATTHEWSON, JR., KAREN
BLANKENSHIP, ANDRES OZUAL,
CAROLYN NIES, C. JOHNSON, and
JULIE JONES,

    Defendants.

## ORDER GRANTING SUBSTITUTION OF COUNSEL

Pending before the Court is a motion seeking to substitute counsel. (Doc. 206, filed July 28, 2021). Defendants Wexford Health Sources, Inc., Andres Ozual, Karen Blankenship, and Carolyn Nies seek to substitute Devang Desai of Gaebe, Mullen, Antonelli & DiMatteo, P.A. as counsel of record in place of Alexander Dombrowski and Mary Katherine Hunder of Chimpoulis & Hunter, P.A.

Accordingly, it is now **ORDERED**:

    1.     The defendants' motion seeking to substitute counsel (Doc. 206) is

            **GRANTED.**

2. The **Clerk of Court** is directed to remove Alexander Dombrowski and Mary Katherine Hunter and to add Devang Desai as counsel of record for Wexford Health Sources, Inc., Andres Ozual, Karen Blankenship, and Carolyn Nies.

**DONE AND ORDERED** in Fort Myers, Florida on August 2, 2021.

_____
Mac R. McCoy
United States Magistrate Judge

SA:   FTMP-2

Copies furnished to:
Counsel of Record
Unrepresented Parties